IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOWARD JOHNSON, JR. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-cv-447 (MTT) |
| Warden T.J. CONLEY, et al. | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 8).  The Magistrate Judge recommends dismissing the Plaintiff's recast complaint and denying his motion for a temporary restraining order.  (Docs. 1, 5).  The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice** and his motion for a temporary restraining order is **DENIED**.

**SO ORDERED**, this 28th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT